UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.05-11223-RWZ

| | |
|---|---|
| TOWN and COUNTRY CREDIT CORP., <br><br> Plaintiff, <br><br> v. <br><br> BARRY MILLER; MARY MILLER a/k/a MARY HAYNE-MILLER a/k/a MARY HAYNE; MARK G. DEGIACOMO, CHAPTER 7 BANKRUPTCY TRUSTEE of the ESTATE of BARRY MILLER; KEENE & GIZZI, ATTORNEYS at LAW; PETER GIZZI, ESQ. as AGENT for OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; WASHINGTON MUTUAL BANK, F.A.; OCWEN FEDERAL SAVINGS BANK and SALEM FIVE CENTS SAVINGS BANK, <br><br> Defendants. | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendant, Washington Mutual Bank f/k/a Washington Mutual Bank, FA, in the above-captioned case.

                                                  */s/ Donn A. Randall*
                                              Donn A. Randall, BBO #631590
                                              Bulkley, Richardson and Gelinas, LLP
                                              One Post Office Square, Suite 3700
                                              Boston, MA  02109
                                              Tel:  (617) 368-2500

Dated:  July 7, 2005

302836.1