UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN and COUNTRY CREDIT CORP.<br>    Plaintiff<br><br>    v.<br><br>BARRY MILLER, Defendant<br><br>    &<br><br>MARY MILLER<br>a/k/a MARY HAYNE-MILLER a/k/a<br>MARY HAYNE, Defendant<br><br>    &<br><br>MARK G. DEGIACOMO, CHAPTER 7<br>BANKRUPTCY TRUSTEE of the ESTATE<br>OF BARRY MILLER, MARY MILLER<br>a/k/a MARY HAYNE-MILLER a/ka/<br>MARY HAYNE, Defendant<br><br>    &<br><br>Et al[1], Defendants | Civil Action No.<br>05-11223-RWZ |

**ASSENTED-TO MOTION TO CONTINUE AUGUST 4, 2005 SCHEDULING CONFERENCE**

    NOW COMES the Plaintiff, by and through its attorneys, Ablitt & Caruolo, P.C. and pursuant to LR's 7.1 and 40.3, hereby moves this Court to continue the Scheduling Conference currently scheduled for August 4, 2005, for a period of thirty (30) days, or as soon as practicable thereafter. In support thereof, the Plaintiff states as follows:

---

[1] Keene & Gizzi, Attorneys at Law, Peter Gizzi, Esq. as Agent for Old Republic National Title Insurance Company, Washington Mutual Bank, F.A., Ocwen Federal Savings Bank and Salem Five Cents Savings Bank.

1

1.   The Movant filed its Complaint on or about June 10, 2005.

2.   To date, the Plaintiff has received only one (1) Answer to the Complaint, that of Salem Five Cents Savings Bank.

3.   The Answers from the remaining Defendants are due on or about August 15, 2005.

4.   A Scheduling Conference is currently set for Thursday, August 4, 2005 at 2:30 P.M.

5.   The undersigned has conferred with counsel for the Chapter 7 Trustee, Washington Mutual, Ocwen Federal Bank, Keene & Gizzi and Salem Five Cents Savings Bank and they assent to continuing the Scheduling Conference.

6.   Good cause exists to continue the Scheduling Conference because allowing the parties time to answer the Complaint and further evaluate their respective positions prior to the Scheduling Conference will yield a much more productive Conference.

7.   It is in the interest of judicial economy to continue the Scheduling Conference for the same reasons.

8.   This is the first request for a continuance in this case.

WHEREFORE, the Plaintiff requests that this Court:

A. Continue the August 4, 2005 Scheduling Conference for a period of thirty (30) days, or as soon as practicable thereafter; and,

B. Order any other relief that the Court deems appropriate.

                              Respectfully submitted,
Town and Country Credit Corp.,
By its Attorneys,

ABLITT & CARUOLO, P.C.

DATED: 7-28-05                        /Is/, William J. Amann
By: William J. Amann, Esq.
(BBO # 648511)
92 Montvale Avenue, Suite 2950
Stoneham, MA 02180
781-246-8995

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing, ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE, by mailing a copy first-class, postage prepaid or by serving electronically via CM/ECF, to the following parties pursuant to Bankruptcy Rules 2002, 4001 and 5005 and MLBR's 2002-1, 4001-1 and 9013-3:

DATED: 7-29-05                        Is/, William J.Amann

**Mark G. DeGiacomo, Esq.**                    Chapter 7 Trustee
Murtha Cullina LLP
99 High Street
Boston, MA 02110

**Ryan M. MacDonald, Esq.**                      Chapter 7 Trustee
Murtha Cullina LLP
99 High St
Boston, MA 02110

| | |
|---|---|
| **Barry Miller**<br>36 Beach Ave<br>Swampscott, MA 01907 | *Pro se* |
| **Mary Miller**<br>36 Beach Ave<br>Swampscott, MA 01907 | *Pro se* |
| **J. Patrick Kennedy, Esq.**<br>Bulkley, Richardson & Gelinas LLP<br>One Post Office Square<br>Boston, MA 02109 | Washington Mutual |
| **Donn A. Randall**, **Esq.**<br>Bulkley, Richardson & Gelinas, LLP<br>One Post Office Square<br>Suite 3700<br>Boston, MA 02109 | Washington Mutual |
| **Joseph R. Valle, Jr., Esq.**<br>Riemer & Braunstein LLP<br>3 Center Plaza<br>6th Floor<br>Boston, MA 02108 | Salem Five Savings |
| **David C. Phalen, Esq.**<br>Bartlett, Hackett & Feinberg<br>10 High Street<br>Boston, MA 02110 | Old Republic Title |
| **Paul Michenzie, Esq.**<br>Michenzie & Sawin<br>745 Boylston Street<br>Boston, MA 02116 | Ocwen Federal Bank |
| **Jean McCormack, Esq.**<br>Nelson, Kinder, Mosseau & Saturley<br>45 Milk Street<br>Boston, MA 02109 | Keene & Gizzi, P.C. |