UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN AND COUNTRY CREDIT CORP., <br><br> Plaintiff <br><br> v. <br><br> MARK G. DEGIACOMO, CHAPTER 7 TRUSTEE OF THE ESTATE OF BARRY MILLER and MARY MILLER a/k/a MARY HAYNE-MILLER a/k/a MARY HAYNE, *et al.*, Defendants. | CIVIL ACTION NO. 05-11223-RWZ |

## CERTIFICATE OF SERVICE

I, Ryan M. MacDonald, of Murtha Cullina LLP, do hereby certify that on the 1st day of August, 2005, I served a copy of the within *Chapter 7 Trustee's Motion to Dismiss Count V of the Plaintiff's Complaint or Alternatively to Stay These Proceedings* and *Memorandum of Law in Support of Chapter 7 Trustee's Motion to Dismiss Count V of the Plaintiff's Complaint or Alternatively to Stay These Proceedings* electronically or by mailing the same by first class mail, postage prepaid to the parties listed on the attached service list.

/s/ Ryan M. MacDonald
Ryan M. MacDonald

310356-1

| | | |
|---|---|---|
| John Fitzgerald - U.S. Trustee<br>U.S. Trustee's Office<br>10 Causeway Street<br>Boston, MA 02222 | Barry Miller<br>36 Beach Avenue<br>Swampscott, MA 01907 | Mary Miller<br>36 Beach Avenue<br>Swampscott, MA 01907 |
| J. Patrick Kennedy, Esq.<br>Donn A. Randall, Esq.<br>Bulkley, Richardson & Gelinas LLP<br>One Post Office Square<br>Boston, MA 02109<br>*(Counsel to Washington Mutual)* | Joseph R. Valle, Jr., Esq.<br>Riemer & Braunstein LLP<br>3 Center Plaza, 6th Floor<br>Boston, MA 02108<br>*(Counsel to Salem Five Savings)* | David C. Phalen, Esq.<br>Bartlett, Hackett & Feinberg<br>10 High Street<br>Boston, MA 02110<br>*(Counsel to Old Republic Title)* |
| Paul Michenzie, Esq.<br>Michenzie & Sawin<br>745 Boylston Street<br>Boston, MA 02116<br>*(Counsel to Ocwen Federal Bank)* | Jean McCormack, Esq.<br>Nelson, Kinder, Mosseau & Saturley<br>45 Milk Street<br>Boston, MA 02109<br>*(Counsel to Keene & Gizzi, P.C.)* | |

310356-1