## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER
05-11223-RWZ

|  |  |
|---|---|
| **Town and Country Credit Corp** | ) |
| Plaintiff | ) |
| v. | ) |
|  | ) |
| Barry Miller, Defendant | ) |
| & | ) |
| Mary Miller | ) |
| & | ) |
| Mark Degiacomo, Trustee | ) |
| & | ) |
| Et al, Defendants | ) |
|  | ) |
|  | ) |
|  | ) |

### AFFIDAVIT

Now comes **Barry Miller and Mary Miller** duly sworn they depose and state as follows.

1.  We attempted to get refinancing from various mortgage companies.

2.  We told all of them that we were had filed Bankruptcy.

3.  All, except Town and Country, turned us down.

4.  They and their lawyers told us what to sign to receive refinancing.

5.  We never felt like there was anything illegal about this.

6.  We followed their instructions, and went over all of the papers with the lawyer from Keene and Gizzi, and eventually received our refinancing.

6.  We used most of the money to pay off a Mass DOR bill.

7.  The rest of the money was spent on overdue repair bills for the house.

Signed under the pains and penalties of perjury this 7th Day of AUGUST, 2005.

_____

_____