UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN and COUNTRY CREDIT CORP.<br>    Plaintiff<br><br>            v.<br><br>BARRY MILLER, Defendant<br><br>& <br><br>MARY MILLER<br>a/k/a MARY HAYNE-MILLER a/k/a<br>MARY HAYNE, Defendant<br><br>&<br><br>MARK G. DEGIACOMO, CHAPTER 7<br>BANKRUPTCY TRUSTEE of the ESTATE<br>OF BARRY MILLER, MARY MILLER<br>a/k/a MARY HAYNE-MILLER a/ka/<br>MARY HAYNE,  Defendant<br><br>&<br><br>Et al[1], Defendants | Civil Action No.<br>05-11223-RWZ |

**STIPULATION OF DISMISSAL**
**Pursuant to Fed. R. Civ. P. 41(a)(1)(ii)**

    NOW COME the undersigned parties, by and through their attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and LR 7.1, hereby move this Court to voluntarily dismiss the Plaintiff's Complaint.  In support thereof, the parties state as follows:

    1.   The Plaintiff commenced this action on or about June 10, 2005.

    2.   The Defendant, Salem Five Cents Savings Bank, filed its Answer on or about June 27, 2005.

---

[1] Keene & Gizzi, Attorneys at Law, Peter Gizzi, Esq. as Agent for Old Republic National Title Insurance Company, Washington Mutual Bank, F.A., Ocwen Federal Savings Bank and Salem Five Cents Savings Bank.

1

3.   The Defendant, Washington Mutual Bank, filed its Answer on or about August 12, 2005.

4.   The Defendants, Keene & Gizzi P.C. and Peter Gizzi as an Agent of Keene & Gizzi, filed a joint Answer on or about August 10, 2005.

5.   The Defendant, Ocwen Federal Savings Bank, has not yet filed its Answer but its Attorney, Richard Demerle of Michenzie & Sawin has assented to this Stipulation.

6.   The Defendant, Mark G. DeGiacomo, Chapter 7 Trustee has not yet filed its Answer but did file a Motion to Dismiss the Complaint.

7.   The *Pro Se* Defendants, Mary Miller and Barry Miller, have not yet filed a formal Answer but have filed an "Affidavit" that seems to be in response to the Complaint.

8.   No Counterclaims have been filed against the Plaintiff.

9.   As the Court may be aware, there is a related, Adversary Proceeding pending in the United States Bankruptcy Court for the District of Massachusetts. See Docket No. 05-01318-JNF. The Plaintiff's Motion to Withdraw Reference is also pending in this Court and upon this matter being dismissed, the Plaintiff will move to withdraw its Motion to Withdraw Reference. See 05-11341-NG.

10.  In the interests of, *inter alia*, judicial economy and legal resources, the Plaintiff now desires to voluntarily dismiss its Complaint.

WHEREFORE, the undersigned parties requests that this Court:

A.   Dismiss the Plaintiff's Complaint without prejudice and without costs; and,

B.   Cancel the September 8, 2005 Scheduling Conference;

2

C. Order any other relief that the Court deems appropriate.

                                          Respectfully submitted,
The Plaintiff,
Town and Country Credit Corp.,
By its Attorneys,

ABLITT & CARUOLO, P.C.

DATED: 9-6-05                     /Is/, William J. Amann
By: William J. Amann, Esq.
(BBO # 648511)
92 Montvale Avenue, Suite 2950
Stoneham, MA 02180
781-246-8995

Respectfully submitted,
*Pro se* Defendants,
Mary Miller & Barry Miller,

DATED: 9-6-05                     /Is/, Mary Miller
Mary Miller
50 Terminal Street, Ste 711
Charlestown, MA 02129
617-252-0020

DATED: 9-6-05                     /Is/, Barry Miller
Barry Miller
50 Terminal Street, Ste 711
Charlestown, MA 02129
617-252-0020
Bmiller@florabotanica.com

Respectfully submitted,
Defendant,
Mark G. DeGiacomo, Chapter 7 Trustee
of the Estate of
Barry Miller and Mary Miller,

Murtha Cullina, L.L.P.

DATED: 9-6-05                     /Is/, Ryan M. MacDonald
By: Ryan M. MacDonald, Esq.
(BBO #654688)

3

```
                              Mark G. DeGiacomo, Esq.
                              (BBO # 118170)
                              99 High Street
                              Boston, MA 02110
                              617-457-4000
                              Rmacdonald@Murthalaw.com


                              Respectfully submitted,
                              Defendants,
                              Keene & Gizzi, Attorneys at Law
                              & Peter Gizzi, Esq. individually and
                              as agent for Old Republic Title
                              Insurance Company,

                              Nelson, Kinder, Mosseau & Saturley,
                              P.C.


DATED:   9-6-05               /Is/, Jeanne M. McCormick
                              By:  Jeanne M. McCormick, Esq.
                              (BBO # 557229)
                              William C. Saturley, Esq.
                              (BBO # 442800)
                              45 Milk Street
                              Boston, MA 02109
                              617-778-7507
                              JmcCormick@NKMS.com


                              Respectfully submitted,
                              Defendant,
                              Washington Mutual Bank

                              Bulkley, Richardson & Gelinas, L.L.P.,

DATED: 9-6-05                 /Is/, J. Patrick Kennedy
                              By:  Donn A. Randall, Esq.
                              (BBO # 631590)
                              J. Patrick Kennedy, Esq.
                              (BBO # 565778)
                              One Post Office Square, Ste 3700
                              Boston, MA 02109
                              617-368-2500
                              Drandall@Bulkley.com
                              Pkennedy@Bulkley.com
```

4

```
                                        Respectfully submitted,
                                        Defendant,
                                        Salem Five Cents Savings Bank,

                                        Riemer & Braunstein, L.L.P.


DATED: 9-6-05                           /Is/, Joseph R. Valle, Jr.
                                        By:  Joseph R. Valle, Jr., Esq.
                                        (BBO # 550291)
                                        Three Center Plaza
                                        Boston, MA 02108
                                        617-523-9000
                                        Jvalle@Riemerlaw.co
```

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing, STIPULATION FOR DISMISSAL, by mailing a copy first-class, postage prepaid or by serving electronically via CM/ECF, to the following parties pursuant to Bankruptcy Rules 2002, 4001 and 5005 and MLBR's 2002-1, 4001-1 and 9013-3:

DATED: 9-6-05                                    /Is/, William J. Amann


**Mark G. DeGiacomo, Esq.**                      Chapter 7 Trustee
Murtha Cullina LLP
99 High Street
Boston, MA 02110

**Ryan M. MacDonald, Esq.**                      Chapter 7 Trustee
Murtha Cullina LLP
99 High St
Boston, MA 02110

**Barry Miller**                                 *Pro se*
36 Beach Ave
Swampscott, MA 01907

**Mary Miller**                                  *Pro se*
36 Beach Ave
Swampscott, MA 01907

**J. Patrick Kennedy, Esq.**                     Washington Mutual
Bulkley, Richardson & Gelinas LLP
One Post Office Square
Boston, MA 02109

**Donn A. Randall**, **Esq.**                    Washington Mutual
Bulkley, Richardson & Gelinas, LLP
One Post Office Square
Suite 3700
Boston, MA 02109

| | |
|---|---|
| **Joseph R. Valle, Jr., Esq.**<br>Riemer & Braunstein LLP<br>3 Center Plaza<br>6th Floor<br>Boston, MA 02108 | Salem Five Savings |
| **David C. Phalen, Esq.**<br>Bartlett, Hackett & Feinberg<br>10 High Street<br>Boston, MA 02110 | Old Republic Title |
| **Paul Michenzie, Esq.**<br>Michenzie & Sawin<br>745 Boylston Street<br>Boston, MA 02116 | Ocwen Federal Bank |
| **Jean McCormack, Esq.**<br>Nelson, Kinder, Mosseau & Saturley<br>45 Milk Street<br>Boston, MA 02109 | Keene & Gizzi, P.C. |